UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANCA MARQUEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADOBE, INC.,<br><br>    Defendant. | Case No. 25-cv-06562-NC<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE: ARBITRATION**<br><br>Re: ECF 7, 21 |

On October 6, 2025, Defendant moved to dismiss Plaintiffs' claims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF 7. In support of its Motion to Dismiss, Defendant argued that Plaintiffs' claims should be dismissed because they failed to "fulfill the conditions precedent to filing suit set forth in the TOU's [Terms of Use's] Dispute Resolution Provision." *Id.* at 10. It further argued in its reply that because Plaintiffs failed to explain why the delegation provision in the Dispute Resolution Provision was unconscionable, the Court need not address Plaintiffs' challenges to the unconscionability of the TOU and its delegation provision because they are delegated to an arbitrator. ECF 20 at 2–3.

The Court ORDERS Defendant to submit supplemental briefing discussing whether the Court should assess (1) Defendant's remaining motion to dismiss arguments, *see* ECF 7 at 6, and (2) Plaintiffs' pending motion for corrective action at ECF 21, should the Court

1 find that Plaintiffs' challenges to the dispute resolution provision and its delegation
2 provision are for an arbitrator.
3     Defendant must file its response to this Order by February 25, 2026. Plaintiff may
4 respond to Defendant by March 4, 2026. Both parties' responses are limited to 5 pages.

**IT IS SO ORDERED.**

Dated: February 18, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge