DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@arnoldporter.com
JEREMY T. KAMRAS (No. 237377)
jeremy.kamras@arnoldporter.com
JOSEPH FARRIS (No. 263405)
joseph.farris@arnoldporter.com
TOMMY HUYNH (No. 306222)
tommy.huynh@arnoldporter.com
MARK E. RAFTREY (No. 352610)
mark.raftrey@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone:   415-471-3100
Facsimile:    415-471-3400

*Counsel for Defendant
Adobe Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE WOHLFIEL and VIANCA MARQUEZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADOBE INC.,<br><br>*Defendant*. | Case No. 5:25-cv-6562-NC<br><br>**ORDER GRANTING ADOBE INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Assigned to: Hon. Nathanael M. Cousins |

After considering Defendant Adobe Inc.'s Motion for Extension of Time to Respond to the First Amended Complaint ("Motion"), the supporting Declaration of Jeremy T. Kamras, and any opposition filed thereto:

IT IS HEREBY ORDERED that the Motion is GRANTED.  Adobe's time to file a responsive pleading to Plaintiffs' First Amended Complaint is extended until fourteen (14) days after the Court enters its Order on the Motion for Reconsideration (ECF No. 50-1).

Dated:  May 5, 2026



The Honorable Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING ADOBE'S MOTION FOR EXTENSION OF TIME** Case No.
5:25-cv-6562